OPINIONS OF THE SUPREME COURT OF OHIO
      The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
      Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
      NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.


The State ex rel. Morales, Appellee, v. City of Cleveland et
al., Appellants.
[Cite as State ex rel. Morales v. Cleveland (1993),        Ohio
St. 3d           .]
Mandamus to compel release of public records relating to
      relator's convictions for kidnapping and aggravated murder
      -- Writ granted when witness statements not exempt as
      "trial preparation records" under R.C. 149.43(A)(4).
      (No. 93-268 -- Submitted September 14, 1993 -- Decided
November 10, 1993.)
      Appeal from the Court of Appeals for Cuyahoga County, No.
62165.
      In 1985, a jury convicted relator-appellee Alfred Morales
of kidnapping and murdering Mario Trevino.  The jury
recommended the death penalty, and the trial judge sentenced
Morales to death.  We upheld the convictions and death
sentence.  State v. Morales (1987), 32 Ohio St.3d 252, 513
N.E.2d 267, certiorari denied, Morales v. Ohio (1988), 484 U.S.
1047, 108 S.Ct. 785, 98 L.Ed.2d 871.
      In June 1991, Morales's counsel requested that Cleveland
officials release public records relating to the offenses for
which Morales had been convicted and sentenced.  Before the
city released the records, Morales petitioned the court of
appeals for a writ of mandamus under R.C. 149.43 against
respondents-appellants, the city of Cleveland and Cleveland's
mayor, police chief, and director of public safety (the
"city").  The city then released one hundred and fifty-five
documents, some with redactions, and claimed thirteen documents
were totally exempt from release.  After an in camera review,
the court of appeals, inter alia, held that five witness
statements were not exempt trial preparation documents as the
city claimed.
      The city now appeals the decision of the court of appeals
as a matter of right.

      James Kura, Ohio Public Defender, Dale A. Baich and
Kathleen A. McGarry, Assistant Public Defenders, for appellee.
      Danny R. Williams, Director of Law, and Pamela A. Pfleger

Walker, Assistant Director of Law, for appellants.

Per Curiam. The court of appeals did not abuse its discretion in finding these particular witness statements not exempt as trial preparation records. See State ex rel. Williams v. Cleveland (1992), 64 Ohio St.3d 544, 597 N.E.2d 147; State ex rel. Coleman v. Cincinnati (1991), 57 Ohio St.3d 83, 566 N.E.2d 151. Accordingly, the judgment of the court of appeals is affirmed.

Judgment affirmed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.